UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMIE ACKERMAN,  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security,  )<br>   Defendant.  )<br>  ) | **JUDGMENT**<br><br>No. 5:20-CV-187-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 29, 2021, it is ordered that defendant pay to plaintiff $6,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on October 29, 2021, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

October 29, 2021      PETER A. MOORE, JR., CLERK

                /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk